**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIUSEPPE DIPALMA, on behalf of himself and others similarly situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>NEW RESTART INC. d/b/a TAORMINA, NEW ORGANICO INC. d/b/a ORGANIKA, SUD123 INCORPORATED d/b/a CIAO, LOCAL 92 INC. d/b/a LOCAL 92, MARCELLOASSANTE DICUPILLO, ZEHUA DICUPILLO and ZEHAVA AMIEL,<br><br>                            Defendants. | No. 15 Civ. 9753 |

**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiff's Motion for Preliminary Approval ("Lee Declaration"), Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), Decl. of C.K. Lee ("Lee Decl.") Ex. A;

(2) certifying the proposed class for settlement purposes;

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiff's Counsel") as Class Counsel;

(4) approving the proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, Lee Decl. Ex. B;

(5) appointing Advanced Litigation Strategies, LLC as Settlement Administrator; and

(6) granting such other, further, or different relief as the Court deems just and proper.

*   *   *

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 30, 2018
New York, New York

Respectfully submitted,

By: /s/ C.K. Lee
Lee Litigation Group, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188

*Attorneys for Plaintiff and the Class*