IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIUSEPPE DIPALMA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW RESTART INC. d/b/a TAORMINA, NEW ORGANICO INC. d/b/a ORGANIKA, SUD123 INCORPORATED d/b/a CIAO, LOCAL 92 INC. d/b/a LOCAL 92, MARCELLO ASSANTE DICUPILLO, ZEHUA DICUPILLO and ZEHAVA AMIEL,<br><br>Defendants. | Case No.: CV-15-cv-9753<br><br>Freeman, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: August 28, 2018

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: /s/ C.K. Lee
          C.K. Lee (CL 4086)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*