IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIUSEPPE DIPALMA, on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>NEW RESTART INC. d/b/a TAORMINA, NEW ORGANICO INC. d/b/a ORGANIKA, SUD123 INCORPORATED d/b/a CIAO, LOCAL 92 INC. d/b/a LOCAL 92, MARCELLO ASSANTE DICUPILLO, ZEHUA DICUPILLO and ZEHAVA AMIEL,<br><br>     Defendants. | Case No.: 15-CV-9753<br><br>Freeman, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

   For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Award, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $175,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $2,577.75, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $25,000 to be paid from the Settlement Fund.

Dated: August 28, 2018

                                    Respectfully submitted,

                                    LEE LITIGATION GROUP, PLLC

                                    By: /s/ C.K. Lee
                                    C.K. Lee (CL 4086)
                                    30 East 39th Street, Second Floor
                                    New York, NY 10016
                                    Tel.: 212-465-1188
                                    Fax: 212-465-1181
                                    *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*